## FSA Time Credit Assessment
Register Number:21656-032, Last Name:LUVIANO LOPEZ

U.S. DEPARTMENT OF JUSTICE             FEDERAL BUREAU OF PRISONS

```
Register Number....: 21656-032              Responsible Facility: MCA
Inmate Name                                 Assessment Date.....: 10-09-2022
  Last.............: LUVIANO LOPEZ          Period Start/Stop...: 12-21-2018 to 10-09-2022
  First............: JOSE                   Accrued Pgm Days....: 681
  Middle...........: LUIS                   Disallowed Pgm Days.: 707
  Suffix...........:                        FTC Towards RRC/HC..: 330
Gender.............: MALE                   FTC Towards Release.: 0
Start Incarceration: 02-23-2018             Can Apply FTC.......: No
```

```
Start        Stop         Pgm Status   Pgm Days
12-21-2018   10-09-2022   accrue       681
  Cannot apply FTC
    Detainer: Yes
```
---
```
Start        Stop         Pgm Status   Pgm Days
12-21-2018   02-20-2019   accrue       61
  Accrued Pgm Days...: 61
  Carry Over Pgm Days: 0
  Time Credit Factor.: 15
  Time Credits.......: 30
```
---
```
Start        Stop         Pgm Status   Pgm Days
02-20-2019   03-21-2019   disallow     29
  Not in qualifying admit status
```

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| B21 | ARS | A-ADMIT | 02-21-2019 0400 | 02-21-2019 0909 |
| MCA | ARS | FED WRIT | 02-21-2019 0400 | 03-21-2019 1245 |
| B21 | ARS | RELEASE | 02-21-2019 0909 | 02-21-2019 0909 |
| ATL | ARS | A-HLD | 02-21-2019 0909 | 02-26-2019 1216 |
| ATL | ARS | HLD REMOVE | 02-26-2019 1216 | 02-26-2019 1216 |
| A01 | ARS | A-ADMIT | 02-26-2019 1216 | 02-27-2019 0530 |
| A01 | ARS | RELEASE | 02-27-2019 0530 | 02-27-2019 0530 |
| I-T | ARS | A-ADMIT | 02-27-2019 0530 | 03-21-2019 1245 |

  In SHU

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| MCA | QTR | Z02-107L | 02-20-2019 1118 | 02-21-2019 0400 |

---
```
Start        Stop         Pgm Status   Pgm Days
03-21-2019   01-15-2020   accrue       300
  Accrued Pgm Days...: 300
  Carry Over Pgm Days: 1
```

**FSA Time Credit Assessment**
Register Number:21656-032, Last Name:LUVIANO LOPEZ

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
  Time Credit Factor.: 15
  Time Credits.......: 150
```
---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 01-15-2020 | 11-23-2021 | disallow | 678 |

**Incomplete needs assessment**
  **Missing Need Area(s)**
  Anger/Hostility
  Antisocial Peers
  Cognitions

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 11-23-2021 | 10-09-2022 | accrue | 320 |

```
  Accrued Pgm Days...: 320
  Carry Over Pgm Days: 1
  Time Credit Factor.: 15
  Time Credits.......: 150
```

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:21656-032, Last Name:LUVIANO LOPEZ

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 21656-032<br>Inmate Name<br>  Last.........: LUVIANO LOPEZ<br>  First........: JOSE<br>  Middle.......: LUIS<br>  Suffix.......:<br>Gender........: MALE | Risk Level Inmate....: R-LW<br>  General Level......: R-LW (7)<br>  Violent Level......: R-MIN (3)<br>Security Level Inmate: LOW<br>Security Level Facl..: LOW<br>Responsible Facility.: ELK<br>Start Incarceration..: 02/23/2018 |

PATTERN Worksheet Summary

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 41 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 1 | -3 | -1 |
| Work Programs | 4 | -2 | -2 |
| | Total | 7 | 3 |